FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-02906** |
| | § | |
| **AYMAN JARRAH, A/K/A DAVID** | § | |
| **YURMAN, and LAND GUARDIAN,** | § | |
| **INC., formerly d/b/a GASLAMP,** | § | |
| **Currently d/b/a MIDTOWN 360** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## PLAINTIFF UNITED STATES' MOTION FOR STAY
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America ("United States"), through undersigned counsel, hereby

moves for a stay of the upcoming Status Conference and Trial in the above-captioned case.

1.      At midnight on January 19, 2018, the continuing resolution that had been funding

the Department of Justice expired and appropriations to the Department lapsed.  The Department

does not know when funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys are prohibited from

working, even on a voluntary basis, except in very limited circumstances, including

"emergencies involving the safety of human life or the protection of property."

31 U.S.C. § 1342.

3.      At the direction of the Attorney General, undersigned counsel for the United

States therefore request a stay of the February 2, 2018 Status Conference (ECF 38) and the

March 12, 2018 Trial in this case until Congress has restored appropriations to the Department of

Justice.  The United States further requests that the aforementioned Status Conference and Trial

date be re-set after Congress has restored appropriations to the Department of Justice.

4.      If this motion is granted, undersigned counsel will notify the Court as soon as

Congress has appropriated funds for the Department of Justice.  The Government requests that,

at that point, the aforementioned settings for the parties be extended (and re-set) commensurate

with the duration of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that

defendants have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other

litigants, the Government hereby moves for a stay of the February 2, 2018 Status conference and

March 18, 2018 Trial in this case until Department of Justice attorneys are permitted to resume

their usual civil litigation functions.


Dated:  January 22, 2018

Respectfully submitted,


RYAN K. PATRICK
United States Attorney
Southern District of Texas


s/ Jimmy A. Rodriguez                          s/ Elise Sandra Shore
JIMMY A. RODRIGUEZ                         SAMEENA S. MAJEED, Chief
Assistant United States Attorney              TIMOTHY J. MORAN, Deputy Chief
Southern District of Texas                      ELISE SANDRA SHORE
Texas Bar No. 24037378                        Georgia Bar No. 557131
Federal ID No. 572175                          KATHRYN E. LEGOMSKY
1000 Louisiana, Suite 2300                     California Bar No. 275571
Houston, Texas 77002                          Trial Attorneys
Tel:  (713) 567-9532                           Housing and Civil Enforcement Section
Fax:  (713) 718-3303                           Civil Rights Division

jimmy.rodriguez2@usdoj.gov

U.S. Department of Justice
950 Pennsylvania Avenue N.W., NWB
Washington, D.C. 20530
Phone:  (202) 305-0070
Email: Elise.Shore@usdoj.gov

Attorneys for Plaintiff United States

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, I electronically filed and served the foregoing on

all counsel of record using the District's CM/ECF system.

*/s/ Elise Sandra Shore*

_____

ELISE SANDRA SHORE
Trial Attorney
Housing and Civil Enforcement Section